IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BYTEWEAVR, LLC, § § Plaintiff, § § v. § § CLOUDERA, INC., § § Defendants. § | CIVIL ACTION NO. 1:24-cv-261 JURY TRIAL DEMANDED |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for BYTEWEAVR, LLC ("Plaintiff"), Plaintiff BYTEWEAVR in the above-captioned action, certifies that Plaintiff is a wholly owned subsidiary of Republic Register Agent, LLC, which is itself a wholly owned subsidiary of Mind Fusion, LLC. Undersigned counsel further certifies that there are no publicly held entities that own ten percent or more of BYTEWEAVR's stock.

Dated: March 8, 2024

Respectfully submitted,

/s/ *Jeffrey R. Bragalone*
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
E-mail: jbragalone@bosfirm.com
Terry A. Saad
Texas Bar No. 24066015
E-mail: tsaad@bosfirm.com
Marcus Benavides
Texas Bar No. 24035574
E-mail: mbenavides@bosfirm.com
Brandon V. Zuniga
Texas Bar No. 24088720
E-mail: bzuniga@bosfirm.com
Mark M.R. Douglass
Texas Bar No. 24131184
E-mail: mdouglass@bosfirm.com

**BRAGALONE OLEJKO SAAD PC**
901 Main Street
Suite 3800
Dallas, Texas 75202
Telephone:   (214) 785-6670
Facsimile:   (214) 785-6680

**ATTORNEYS FOR PLAINTIFF
BYTEWEAVR, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and therefore this document was served on all counsel who are deemed to have consented to electronic service.

/s/ *Terry A. Saad*
TERRY A. SAAD