IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BYTEWEAVR, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>CLOUDERA, INC.,<br><br>　　Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. 1:24-cv-00261-RP<br>§<br>§   JURY TRIAL DEMANDED<br>§<br>§<br>§ |

**<u>PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for BYTEWEAVR, LLC ("Plaintiff") in the above-captioned action submits this Amended Corporate Disclosure Statement.

Plaintiff hereby certifies that Plaintiff is a wholly owned subsidiary of Mind Fusion, LLC (a Texas limited liability company), which is itself a wholly owned subsidiary of Ascend Innovation Management, LLC (a Washington limited liability company). Undersigned counsel further certifies that there are no publicly held entities that own ten percent or more of BYTEWEAVR's stock.

Dated: June 21, 2024                              Respectfully submitted,

                                                   /s/ *Jeffrey R. Bragalone*
                                                       Jeffrey R. Bragalone (lead attorney)
                                                       Texas Bar No. 02855775
                                                       E-mail: jbragalone@bosfirm.com
                                                       Terry A. Saad
                                                       Texas Bar No. 24066015
                                                       E-mail: tsaad@bosfirm.com
                                                       Marcus Benavides
                                                       Texas Bar No. 24035574
                                                       E-mail: mbenavides@bosfirm.com
                                                       Brandon V. Zuniga
                                                       Texas Bar No. 24088720
                                                       E-mail: bzuniga@bosfirm.com
                                                       Mark M.R. Douglass
                                                       Texas Bar No. 24131184
                                                       E-mail: mdouglass@bosfirm.com
                                          **BRAGALONE OLEJKO SAAD PC**
                                          901 Main Street
                                          Suite 3800
                                          Dallas, Texas 75202
                                          Telephone:   (214) 785-6670
                                          Facsimile:    (214) 785-6680

                                          **ATTORNEYS FOR PLAINTIFF**
                                          **BYTEWEAVR, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2024, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and therefore this document was served on all counsel who are deemed to have consented to electronic service.

                                                            /s/ *Terry A. Saad*
                                                            TERRY A. SAAD